# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-3438
_____

William C. Thompson

*Plaintiff - Appellant*

v.

Nurse Kelley Hinely; Carla Cink, Food Prep Supervisor; Sheriff Tim Helder, Washington County, Arkansas

*Defendants - Appellees*

William Storey

*Defendant*

Dustin Sanders; Nurse Veronica Dockery

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville
_____

Submitted: July 7, 2021
Filed: July 12, 2021
[Unpublished]
_____

Before LOKEN, GRUENDER, and KELLY, Circuit Judges.
_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, William Thompson appeals the district court's[1] adverse grant of summary judgment. After careful review of the record and the parties' arguments on appeal, we affirm for the reasons stated by the district court. See Whitson v. Stone Cnty. Jail, 602 F.3d 920, 923 (8th Cir. 2010) (reviewing grant of summary judgment de novo). See 8th Cir. R. 47B.

———————————————————

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.